# Court of Appeals of the State of Georgia

ATLANTA,  November 10, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0373. PHYLLIP JERROD BECOATS v. THE STATE.**

Phyllip Jerrod Becoats pled guilty to attempted cocaine trafficking, and he was sentenced to 30 years. Becoats filed an extraordinary motion for new trial, which the trial court denied. Becoats then filed this direct appeal.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal.[1] See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/10/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Becoats attempted to file a discretionary application, but it was dismissed as untimely. See Case Number A10D0405, dismissed June 4, 2010. Thus, the doctrine of res judicata also bars this direct appeal. See *Norris v. Norris*, 281 Ga. 566, 567-68 (2) (642 SE2d 34) (2007).